UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DAVID WAYNE STUTES, | ) | Case No.: 14-CV-2016-LHK |
| Plaintiff, | ) ) ) | CASE MANAGEMENT ORDER AND ORDER REFERRING PARTIES TO MEDIATION |
| v. | ) ) | |
| DEPUTY J. PARRISH, ET AL., | ) ) | |
| Defendant. | ) ) ) | |

Plaintiff appeared pro se: David Wayne Stutes
Defendants' Attorney: David Michael Rollo

An initial case management conference was held on September 17, 2014. A further case management conference is set for January 14, 2015, at 2 p.m.

The Court referred the parties to the Court mediation program. The parties shall complete mediation within ninety days of this order.

The Court referred Mr. Stutes to the Federal Legal Assistance Self-Help Center (FLASH) at the San Jose Courthouse. Mr. Stutes can reach FLASH at 408-297-1480, Monday through Wednesday from 9:30 a.m. to 4:30 p.m. The Court advised Mr. Stutes to contact FLASH as soon as possible.

The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: October 31, 2014

FACT DISCOVERY CUTOFF: July 3, 2015

EXPERT DISCOVERY:
    Should the parties engage in expert discovery, the parties shall stipulate deadlines for opening and rebuttal expert reports.

Close of Expert Discovery: September 18, 2015

DISPOSITIVE MOTIONS shall be filed by October 15, 2015, and set for hearing no later than December 10, 2015 at 1:30 p.m. Replies shall be filed no later than November 19, 2015. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: February 4, 2016 at 1:30 p.m.

JURY TRIAL: February 22, 2016 at 9 a.m. Trial is expected to last 5 days.

**IT IS SO ORDERED.**

Dated: _____

                                       LUCY H. KOH
                                       United States District Judge

Case No.: 14-CV-02016-LHK
CASE MANAGEMENT ORDER AND ORDER REFERRING PARTIES TO MEDIATION