UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DAVID WAYNE STUTES,<br><br>    Plaintiff,<br><br>   v.<br><br>J. PARRISH, et al.,<br>    Defendants. | Case No.  14-cv-02016-LHK<br><br>**ORDER RE ECF NOS. 32, 33** |

On December 19, 2014, Mr. Stutes filed two identical documents entitled "Mediation," ECF Nos. 32, 33, in which Mr. Stutes requests a trial date and a subpoena. In the Court's September 17, 2014, Case Management Order and Order Referring Parties to Mediation, ECF No. 30, the Court has already referred the parties to mediation with a deadline of ninety days and has already set a trial date. The parties should contact the Court's ADR program at 415-522-2199 to select a mediator. The Court again refers Mr. Stutes the Federal Legal Assistance Self-Help Center (FLASH) to advise him regarding discovery. Mr. Stutes can reach FLASH at 408-297-1480, Monday through Wednesday from 9:30 a.m. to 4:30 p.m. At this time the Court denies Mr. Stutes' subpoena request.

1

Case No.:14-cv-02016-LHK
ORDER RE ECF NOS. 32, 33

1  **IT IS SO ORDERED**.

2  Dated: December 19, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge