United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DAVID WAYNE STUTES,<br><br>        Plaintiff,<br><br>   v.<br><br>J. PARRISH, et al.,<br>        Defendants. | Case No.  14-cv-02016-LHK<br><br>**ORDER RE CASE MANAGEMENT CONFERENCE AND ADR DEADLINE** |

The January 14, 2015 case management conference is CONTINUED to April 15, 2015 at 2 p.m. The parties shall file a joint case management statement 7 days prior to the April 15, 2015 case management conference.

The deadline to complete mediation is extended to March 27, 2015.

**IT IS SO ORDERED**.

Dated: January 8, 2015

                       _Lucy H. Koh_
                       LUCY H. KOH
                       United States District Judge

1

Case No.: 14-cv-02016-LHK
ORDER