UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID WAYNE STUTES,<br><br>            Plaintiff,<br><br>       v.<br><br>J. PARRISH, et al.,<br><br>            Defendants. | Case No.:  14-cv-02016-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff: David Stutes (pro se)
Defendants' Attorney: Mary Malysz

A case management conference was held on April 15, 2015. A further case management conference is set for June 15, 2015, at 2:00 p.m. The parties shall file their joint case management statement by June 8, 2015.

The Court referred Mr. Stutes to the Federal Pro Se Program. Kevin Knestrick, the Senior Attorney at the Federal Pro Se Program, can be reached at (408) 297-1480, and sees clients by appointment and on a drop-in basis in Room 2070, Second Floor, at the United States District Courthouse in San Jose or at the Law Foundation of Silicon Valley, Third Floor, at 152 North 3rd Street, San Jose.

Mr. Stutes is directed to call Mr. Knestrick today, April 15, 2015, at 4 p.m. CST (2 p.m. PST). Mr. Stutes and Mr. Knestrick have a telephone appointment set for Friday, April 17, 2015, at 1:30 p.m. CST (11:30 a.m. PST).

1

Case No.: 14-cv-02016-LHK
CASE MANAGEMENT ORDER

The case schedule remains as set.

**IT IS SO ORDERED.**

Dated: April 15, 2015

_____
LUCY H. KOH
United States District Judge