United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DAVID WAYNE STUTES,<br><br>Plaintiff,<br><br>v.<br><br>J. PARRISH, et al.,<br><br>Defendants. | Case No. 14-CV-02016-LHK<br><br>**CASE MANAGEMENT ORDER** |

Representing Plaintiff: David Stutes
Representing Defendants: David Rollo and Meghan Loisel

A case management conference was held on December 17, 2015.  A further case management conference is set for February 4, 2016 at 1:30 p.m., concurrent with the pretrial conference.

Meghan Loisel shall file a notice of appearance in this case by December 18, 2015.

The Court ordered the parties to participate in a settlement conference with Judge Cousins on Friday, January 15, 2016 at 9:30 a.m.  The parties shall file a joint settlement status report by January 22, 2016.

The parties' motions in limine are due January 21, 2016.  The parties are limited to 6 motions in limine per side.  The motions in limine shall not exceed 3 pages each.

TRIAL SCHEDULE: Trial will take place on the following days:

1

Case No. 14-CV-02016-LHK
CASE MANAGEMENT ORDER

United States District Court
Northern District of California

1. Monday, February 22, 2016
2. Tuesday, February 23, 2016
3. Friday, February 26, 2016
4. Monday, February 29, 2016

Trial will take place from 9:00 a.m. to 4:30 p.m. daily.  There will be a lunch break from noon to 1:00 p.m daily.  There will be an approximately 15 minute break at about 10:30 a.m., and an approximately 10 minute break at about 2:15 p.m. and at about 3:30 p.m. each day.

TIME LIMITS: The parties shall have 7 hours of evidence per side.  The parties shall have 20 minutes per side for opening statements and 40 minutes per side for closing arguments.

The case schedule is as follows:

| Scheduled Event | Date |
| --- | --- |
| Final Pretrial Conference | February 4, 2016 at 1:30 p.m. |
| Jury Trial | February 22, 2016 at 9:00 a.m. |
| Length of Trial | 4 days |

**IT IS SO ORDERED.**

Dated: December 18, 2015

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

2

Case No. 14-CV-02016-LHK
CASE MANAGEMENT ORDER