UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID WAYNE STUTES,<br><br>    Plaintiff,<br><br>    v.<br><br>J. PARRISH, et al.,<br><br>    Defendants. | Case No. 14-CV-02016-LHK<br><br>**ORDER APPOINTING COUNSEL** |

Plaintiff David Stutes, proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. On December 17, 2015, the Court referred the case to the Federal Pro Se Program to locate pro bono counsel for Plaintiff.

The Federal Pro Se Program has informed the Court that Richard Hung, Barbara Barath, Matthew Chivvis, and Christopher Wiener of Morrison & Foerster LLP, located at 425 Market Street, San Francisco, CA 94105-2482, have agreed to serve as appointed pro bono counsel for Plaintiff. Thus, Richard Hung, Barbara Barath, Matthew Chivvis, and Christopher Wiener are hereby APPOINTED as counsel for Plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

**IT IS SO ORDERED.**

1

Case No. 14-CV-02016-LHK
ORDER APPOINTING COUNSEL

1
2  Dated: December 22, 2015
3                                                                  _____
4                                                                  LUCY H. KOH
                                                                   United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28